UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No.   12 CR 697 |
| v. | ) | |
| | ) | Judge Virginia M. Kendall |
| ANTWAN JONES | ) | |

## PROTECTIVE ORDER

Upon the motion of the United States for a protective order pursuant to Fed. R. Crim. P. 16(d)(1), and with no objection from counsel for defendants, it is hereby ordered as follows:

1. Portions of certain documents were reviewed *in camera* by the Court pursuant to the government's September 16, 2014 *ex parte* submission. This Court has directed that the government produce these materials (hereinafter, "Protected Documents") to defendant's counsel, Mr. Scott Sherwin and Ms. Renee Woodward.

2. The Protected Documents may be viewed solely by defendant ANTWAN JONES's counsel, Mr. Scott Sherwin and Ms. Renee Woodward.

3. The Protected Documents shall be clearly marked "ATTORNEY'S EYES ONLY."

4. Mr. Sherwin and Ms. Woodward may not copy or reproduce the contents of the Protected Documents in any manner. The materials and their contents, and any notes, records or copies of any kind that Mr. Sherwin and Ms. Woodward may make relating to the contents of the Protected Documents shall not be disclosed either directly or indirectly, verbally or in writing, to any person or entity other than as expressly provided in this Order.

5. Mr. Sherwin and Ms. Woodward may, consistent with this Order, discuss the contents of the disclosed materials with defendant JONES. Defendant JONES may not discuss the contents of the materials either directly or indirectly, verbally or in writing, with any person

other than Mr. Sherwin and Ms. Woodward.

6. Upon conclusion of all stages of this case, the Protected Documents shall be disposed of in one of three ways, unless otherwise ordered by the Court. The materials may be (1) destroyed; (2) returned to the United States; or (3) retained in Mr. Sherwin or Ms. Woodward's case file along with a copy of this Court's Order. The Court shall require a certification as to the disposition of any such materials.

7. In the event that the materials are retained by defense counsel, the restrictions of this Order continue in effect for as long as the materials are so maintained, and the materials may not be disseminated or used in connection with any other matter without further order of the Court. Thus, should defendant obtain new counsel during any stage of this case, that counsel must separately apply to this Court for authorization to view the Protected Documents.

8. Any document filed by any party which attaches or otherwise discloses information contained in the Protected Documents, shall be filed under seal to the extent necessary to protect such information.

9. The attorneys for the government, Mr. Sherwin and Ms. Woodward, and defendant JONES, shall sign a copy of this Order. The signature represents the agreement of each of these individuals to abide by the terms and conditions of this Order.

10. Intentional violation of this Order is punishable as contempt, and may result in the imposition of civil and criminal sanctions. However, nothing contained in this protective order shall preclude any party from applying to the Court for further relief or for modification of any provision hereof.

ENTER: _____
Virginia M. Kendall, Judge
United States District Court

DATED: 9-16-14

_____
Jeffrey D. Perconte
Assistant United States Attorney

9/16/14
DATE

_____
Maureen E. Merin
Assistant United States Attorney

9/16/14
DATE

_____
Scott Sherwin
Attorney for defendant Antwan Jones

9.16.14
DATE

_____
Renee Woodward
Attorney for defendant Antwan Jones

9-16-14
DATE

_____
Defendant Antwan Jones

9-16-14
DATE